720 A.2d 1170

James W. YATES

v.

STATE of Maryland.

No. 61, Sept. Term, 1998.

Court of Appeals of Maryland.

Dec. 4, 1998.

Julia Doyle Bernhardt (Stephen E. Harris, Public Defender, on brief), Baltimore, for Petitioner.

Sarah Page Pritzlaff, Assistant Attorney General (J. Joseph Curran, Jr., Attorney General, on brief), Baltimore, for Respondent.

Argued before BELL, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, RAKER, WILNER and CATHELL, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 4th day of December, 1998,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.